[No. 9598-6-I.   Division One.   August 31, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK
L. DUNLAP, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for Snoho-

mish County, No. 80–1–00686–4, Dennis J. Britt, J., entered December 2, 1980. *Reversed* and *remanded* by unpublished per curiam opinion.